IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR13-00714-TUC-RCC(JR) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jose Carlos Durazo, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 27),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and GRANTS IN PART and DENIES IN PART the Motion to Suppress (Doc. 12).

DATED this 17th day of January, 2014.

_____
Raner C. Collins
Chief United States District Judge